# Criminal Case Cover Sheet

FILED: REDACTED

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

Judge Assigned: JFA

| | |
|---|---|
| City: | Alexandria |
| County: | Fairfax |

Superseding Indictment: [ ]

Same Defendant: [ ]

Magistrate Judge Case No. [ ]

Search Warrant Case No. [ ]

Criminal No. 1:19-MJ-315

New Defendant: [ ]

Arraignment Date: [ ]

R. 20/R. 40 From: [ ]

**Defendant Information:**

Defendant Name: Michael Bernard Bagley    Alias(es): [ ]    ☐ Juvenile  FBI No. [ ]

Address: ██ ██ ██ ██ ██ Alexandria VA 22314

Employment: [ ]

Birth Date: ██/1968    SSN: ██-5499    Sex: Male    Race: Caucasian    Nationality: [ ]

Place of Birth: [ ]    Height: [ ]    Weight: [ ]    Hair: [ ]    Eyes: [ ]    Scars/Tattoos: [ ]

☐ Interpreter  Language/Dialect: English    Auto Description: [ ]

**Location/Status:**

Arrest Date: [ ]    ☒ Already in Federal Custody as of: Jul 10, 2019    In: [ ]

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☒ Detention Sought    ☐ Bond [ ]

**Defense Counsel Information:**

Name: [ ]    ☐ Court Appointed    Counsel Conflicts: [ ]

Address: [ ]    ☐ Retained    [ ]

Phone: [ ]    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Jamar K. Walker    Phone: 703-299-3827    Bar No. [ ]

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation; Bryce Oleski, Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1956 | Money Laundering | 1 | felony |
| Set 2: | | | | |
| Date: | 7/10/2019 | AUSA Signature: *[signature]* | | may be continued on reverse |