TYPE OF HEARING: R5
CASE NUMBER: 19mj315
MAGISTRATE JUDGE: John F. Anderson
DATE: 7/10/19
TIME: 2pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Michael Bernard Bagley

GOVT. ATTY: Jamar Walker
DEFT'S ATTY: w/out counsel
DUTY AFPD: Shannon Quill

INTERPRETER/LANGUAGE: _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (X)  FPD (X)  CJA ( )  Conflict List ( )

Gov't is seeking detention -
granted - pending PH/DH

BOND: Deft remanded

NEXT COURT APPEARANCE: 7/12/19  TIME: 2pm
PH/DH - JFA

6 min