IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:19-MJ-315 |
| | ) | |
| v. | ) | Magistrate Judge John F. Anderson |
| | ) | |
| MICHAEL BERNARD BAGLEY | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR DETENTION

The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia and Jamar K. Walker, Assistant United States Attorney, consistent with its representations at the defendant's initial appearance on July 9, 2019, hereby moves this Court to detain the defendant.

In support of its motion, the United States has previously filed a memorandum in support of the motion. Doc. No. 7.

    Respectfully Submitted,

    G. Zachary Terwilliger
    United States Attorney

By:    /s/
    Jamar K. Walker
    Assistant United States Attorney
    United States Attorney's Office
    2100 Jamieson Ave
    Alexandria, VA
    Phone: 703-299-3700
    Fax: 703-299-3981

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/
Jamar K. Walker
Assistant United States Attorney