TYPE OF HEARING: PH/DH
CASE NUMBER: 19mj515
MAGISTRATE JUDGE: John F. Anderson
DATE: 1/12/19
TIME: 2pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Michael Bernard Bagley

GOVT. ATTY: Jamar Walker / Karen Taylor
DEFT'S ATTY: Shannon Quill
DUTY AFPD: _____
INTERPRETER/LANGUAGE: _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )    FPD ( )    CJA ( )    Conflict List ( )

Gov't adduced evidence and rests. Affidavit admitted into evidence as gov't exhibit no. 1. Court finds PC. Matter cont'd for further proceedings

BOND: before the Grand Jury. Deft argues for release with conditions. Gov't is seeking detention.
       Deft remanded.

NEXT COURT APPEARANCE: _____ TIME: _____

2:22 –
2:57