IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____
                                              :
**UNITED STATES OF AMERICA**   :
                                              :   **Case No. 1:19mj315**
      **v.**                                            :
                                              :
**MICHAEL BERNARD BAGLEY**   :
                                              :
          **Defendant**         :
_____:

**NOTICE OF APPEARANCE**

Please enter the appearance of Bernard F. Crane as counsel on behalf of the defendant, MICHAEL BERNARD BAGLEY, in the above-captioned matter.

                              Respectfully submitted,

                              /s/ Bernard F. Crane
                             Bernard F. Crane (Va. Bar #23829)
                             Attorney for Defendant Michael Bernard Bagley
                             Law Offices of Bernard F. Crane
                             10560 Main Street, Suite 310
                             Fairfax, Virginia 22030
                             202 429-2900
                             email: berncr@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, via PACER and email, upon Jamar K. Walker, Esquire, AUSA, Office of the United States Attorney, EDVA, Alexandria Div., this 19th day of July, 2019.

                              /s/ Bernard F. Crane
                             Bernard F. Crane